IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CURTIS BRISTOL, et al., | * |
| Plaintiffs, | * |
| v. | Case No.  5:24-cv-137 (TES) |
| | * |
| BUTTS COUNTY GEORGIA, et al., | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated July 24, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Butts County, Georgia.

This 24th day of July, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk